UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEMPLETON MASONRY COMPANY INC. <br><br> Defendant. | Civil Action No. 05-2107 <br> Judge: Henry H. Kennedy |

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On November 17, 2005, service of the Summons and Complaint in this action was made upon Templeton Masonry Company, Inc., by delivering said documents at 170 W Chance Road, Lumberton, Texas 77657 to Tauc Cuberto, employee authorized to accept service on behalf of Templeton Masonry Company, Inc.

DSMDB.2023781.1

3. Proof of such service is provided by the declaration of process server, G. Tom Peterson, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 28, 2005

Claudette M. Elmes

DSMDB.2023781.1