**EXHIBIT 1**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | 11/17/05 @ 1:40 pm |
| NAME OF SERVER *(PRINT)*<br>G. Tom Peterson | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    XX  Other (specify): <u>By serving Tauc Cuberto, employee, authorized to accept. Service was complete at 170 W. Chance Road, Lumberton, Texas 77657.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>11/17/05</u>       *[signature: G. Tom Peterson]*
                  Date                  Signature of Server

                    CAPITOL PROCESS SERVICES
                    1827 18TH STREET, N.W.
                    WASHINGTON, D.C. 20009
              Address of Server    (202) 667-0050


\* Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order and Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.