IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05-2107 (HHK) |
| TEMPLETON MASONRY COMPANY, INC. | ) |
| Defendant. | ) |

## JOINT CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE MOVE WITH RESPECT TO THE COMPLAINT

Plaintiffs and Defendant, Templeton Masonry Company, Inc., by their undersigned attorneys, hereby jointly move to extend the deadline for Defendant to file an Answer or otherwise move with respect to the Complaint.

Defendant seeks an extension of time until January 27, 2006, to obtain local counsel in Washington DC and file an Answer or otherwise move with respect to the Complaint.

The parties, therefore, jointly request that this motion be granted.

Wherefore, the parties respectfully request that the Court enter an Order extending the deadline for the Defendant to file an Answer or otherwise move with respect to the Complaint until January 27, 2006.

Dated: January __19__, 2006    By: _____
Ira R. Mitzner, DC Bar No. 184564
  Dickstein Shapiro Morin
  & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
(202) 828-2234

Attorneys for Plaintiffs

Dated: January __19__, 2006    By: _Jeremy Stone JRM_
Ernest W. Boyd
Jeremy R. Stone
  MehaffyWeber
One Allen Center
500 Dallas Street, Suite 1200
Houston, TX 77002
(713) 655-1200

Attorneys for Defendant

DSMDB.2031163.1