IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 1:05-2107 (HHK) |
| ) | |
| TEMPLETON MASONRY COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the parties' Joint Consent Motion to Extend Time To Answer or Otherwise Move with Respect to the Complaint in this action, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby **ORDERED** that the Parties' motion be, and it hereby is, **GRANTED,** and

**FURTHER ORDERED**, that the deadline for Defendant to Answer or otherwise move with respect to Plaintiffs' Complaint is hereby extended until January 27, 2006.

**SO ORDERED**, this _____ day of _____, 2006.

_____
Henry H. Kennedy
United States District Court Judge

DSMDB.2031180.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEMPLETON MASONRY COMPANY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2107 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526
Telephone: (202) 828-2234
Facsimile: (202) 887-0689

Ernest W. Boyd, Esq.
Jeremy R. Stone, Esq.
MehaffyWeber
One Allen Center
500 Dallas Street, Suite 1200
Houston, TX 77002
Telephone: (713) 655-1200
Facsimile: (713) 655-0222