CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
    Plaintiffs    )
)
vs.    )    Civil Action No. 05-2107 (HHK)
)
)
TEMPLETON MASONRY COMPANY, INC.  )
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this __7th__ day of __March__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __TEMPLETON MASONRY COMPANY, INC.__ was [were]:

[personally served with process on __November 17, 2005__].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 U.S.C. Section 1132(e)(2)__ ].

    I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW, Washington DC 20037

__184564__
Bar Id. Number

Address and Telephone Number  (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEMPLETON MASONRY COMPANY, INC., <br><br> Defendant. | Civil Action No. 05-2107 (HHK) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro Morin & Oshinsky LLP
>2101 L Street, N.W.
>Washington, D.C. 20037-1526
>Telephone: (202) 828-2234
>Facsimile: (202) 887-0689

>Ernest W. Boyd, Esq.
>Jeremy R. Stone, Esq.
>MehaffyWeber
>One Allen Center
>500 Dallas Street, Suite 1200
>Houston, TX 77002
>Telephone: (713) 655-1200
>Facsimile: (713) 655-0222

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Default and Affidavit in Support of Default were served by first class mail, postage prepaid, this __7__ day of __March__, 2006, upon:

> Ernest W. Boyd, Esq.
> Jeremy R. Stone, Esq.
> MehaffyWeber
> One Allen Center
> 500 Dallas Street, Suite 1200
> Houston, TX 77002

_____
Andrea Newell