CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
       Plaintiffs    )
                              )
       vs.               )    Civil Action No. 05-2107 (HHK)
                              )
TEMPLETON MASONRY COMPANY, INC.  )
       Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __7th__ day of __March__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __TEMPLETON MASONRY COMPANY, INC.__

was [were]:   [personally served with process on __November 17, 2005__ ].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____ ].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
__29 U.S.C. Section 1132(e)(2)__ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                             Attorney for Plaintiff(s) [signature]
                                             Ira R. Mitzner
                                             Dickstein Shapiro Morin & Oshinsky LLP
__184564__                               2101 L Street, NW, Washington DC 20037
Bar Id. Number                    Address and Telephone Number  (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 05-2107 (HHK) <br> ) |
| TEMPLETON MASONRY COMPANY, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C. 20037-1526
    Telephone: (202) 828-2234
    Facsimile:  (202) 887-0689

    Ernest W. Boyd, Esq.
    Jeremy R. Stone, Esq.
    MehaffyWeber
    One Allen Center
    500 Dallas Street, Suite 1200
    Houston, TX 77002
    Telephone: (713) 655-1200
    Facsimile:  (713) 655-0222

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Default and Affidavit in Support of Default were served by first class mail, postage prepaid, this __7__ day of __March__, 2006, upon:

Ernest W. Boyd, Esq.
Jeremy R. Stone, Esq.
MehaffyWeber
One Allen Center
500 Dallas Street, Suite 1200
Houston, TX 77002

_____
Andrea Newell