# Exhibit C

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN et al

_____

Plaintiff(s)

v.

Civil Action No. 05-cv-02107-HHK

TEMPLETON MASONRY COMPANY INC

_____

Defendant(s)

RE: TEMPLETON MASONRY COMPANY INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 17, 2005 , and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of March , 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Laura Chipley
Deputy Clerk