IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,  )
        Plaintiffs,  )
)
        v.  )  Civil Action No. 05-2107 (HHK)
)
TEMPLETON MASONRY COMPANY, INC.,  )
)
        Defendant.  )

## JUDGMENT

The Summons and Complaint in this action having been duly served on the above-named Defendant on November 17, 2005 and the time for said Defendant to appear and defend herein having expired, and Defendant not having filed an Answer, and the Clerk having entered default, and the Plaintiffs having filed a declaration of a total amount due of $60,037.94, and Plaintiffs having moved for entry of judgment by default in that amount, it is hereby

ORDERED, ADJUDGED, AND DECREED that the final judgment in favor of Plaintiffs and against Defendant is hereby granted and ordered entered as the judgment in this action as follows:

    1.    That Plaintiffs John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H.J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent Delazzero and Ben

DSMDB.2075944.1

Capp, Jr. all of whom are Trustees of, and sue on behalf of, the Bricklayers & Trowel Trades International Pension Fund ("IPF"), 1776 Eye Street NW, 5th Floor, Washington, D.C. 20006, recover from Defendant, Templeton Masonry Company, Inc., 150 W Chance Road, Lumberton, TX 77657-7104, the amount due of $60,037.94;

2. That Templeton Masonry Company, Inc. be directed to submit all monthly reports and contributions that may come due the Plaintiffs subsequent to the filing of this judgment;

3. That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest, damages and reasonable attorney's fees and costs that may be owing to the Plaintiffs from Templeton Masonry Company, Inc.; and

4. That Templeton Masonry Company, Inc. comply with its obligation to make timely and full contributions to the IPF.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Dated: _____, 2006      _____
                                     Henry H. Kennedy
                                     United States District Judge

DSMDB.2075944.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEMPLETON MASONRY COMPANY, INC., <br><br> Defendant. | Civil Action No. 05-2107 (HHK) |

## **LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro Morin & Oshinsky LLP
> 2101 L Street, N.W.
> Washington, D.C.  20037-1526
> Telephone: (202) 828-2234
> Facsimile:   (202) 887-0689
>
> Templeton Masonry Company, Inc.
> 150 W Chance road
> Lumberton, TX  77657-7104
>
> Ernest W. Boyd, Esq.
> Jeremy R. Stone, Esq.
> MehaffyWeber
> One Allen Center
> 500 Dallas Street, Suite 1200
> Houston, TX  77002
> Telephone: (713) 655-1200
> Facsimile:   (713) 655-0222